IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM SHARROCK,** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Case No. 2:24-cv-1102-JDW |
| | : | |
| **RADIUS GLOBAL SOLUTIONS LLC.,** | : | |
| et al., | : | |
| *Defendants.* | : | |

### ORDER

AND NOW, this 28th day of June, 2024, upon consideration of Defendant Radius Global Solutions, LLC's Notice Of Motion To Dismiss For Failure To State A Claim (ECF No. 19) and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED** and Mr. Sharrock's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Mr. Sharrock has leave to file an Amended Complaint on or before July 19, 2024. Any Amended Complaint must be a complete pleading that names all of the defendants and sets forth all relevant allegations in a single document. The Amended Complaint may not refer back to or incorporate an earlier filing.

If Mr. Sharrock elects not to file an Amended Complaint, then I will assume that he intends to stand on his current Complaint, and I will dismiss his claims against RGS with prejudice.

2

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.